# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 94-cr-0009-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**1.**     **KELVIN MICHAEL BYRD**,

    Defendant.

## ORDER

Kane, J.

This matter is currently before me on Defendant's Motion to Withdraw his *Pro Se* Motion Seeking to Modify the Term of his Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) and 18 U.S.C. § 3553(a). The motion is GRANTED and his previous motion is WITHDRAWN.

Dated: January 9, 2012          BY THE COURT:

                                                      **/s/ John L. Kane**
                                                      Senior U.S. District Court Judge